IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

WILLIAM DELGADO ROMERO

XXX-XX-6819

Debtor(s)

CASE NO. 04-12278 SEK

Chapter 13

FILED & ENTERED ON 02/10/2010

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The Chapter 13 Trustee has filed a Final Report and Account and has certified that the estate has been fully administered. The Report has been properly notified granting parties in interest an opportunity to object, and no objections have been filed.

Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, it is presumed the estate has been fully administered.

WHEREFORE, as provided in 11 U.S.C., Section 350(a), the trustee is discharged, his bond for this case cancelled, and the case is closed.

The Clerk will notify this order.

San Juan, Puerto Rico, this 10 day of February, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

CC: ALEJANDRO OLIVERAS RIVERA