IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 04-12278 SEK

WILLIAM  DELGADO ROMERO

Chapter 13

XXX-XX-6819

FILED & ENTERED ON 02/10/2010

Debtor(s)

<u>ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE</u>

The Chapter 13 Trustee has filed a Final Report and Account and has certified that the estate has been fully administered.  The Report has been properly notified granting parties in interest an opportunity to object, and no objections have been filed.

Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, it is presumed the estate has been fully administered.

WHEREFORE, as provided in 11 U.S.C., Section 350(a), the trustee is discharged, his bond for this case cancelled, and the case is closed.

The Clerk will notify this order.

San Juan, Puerto Rico, this 10 day of February, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

CC: ALEJANDRO  OLIVERAS RIVERA

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: badilloe              Page 1 of 1                  Date Rcvd: Feb 10, 2010
Case: 04-12278                Form ID: pdf003             Total Noticed: 16

The following entities were noticed by first class mail on Feb 12, 2010.
 db           WILLIAM DELGADO ROMERO,    PO BOX 3079,   JUNCOS, PR   00777-6079
 smg          DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
 smg          FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
 smg          PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
              SAN JUAN, PR  00918
 smg         +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
 ust         +EDWARD A. GODOY,   OFFICE OF THE U. S. TRUSTEE,   OCHOA BUILDING, 3RD FLOOR,
              500 TANCA STREET, SUITE 301,   SAN JUAN, PR 00901-1938
 ust         +JOSE CARLOS DIAZ-VEGA,   U.S. Trsutee,   Ochoa Building,   500 Tanca Street, Suite 301,
              San Juan, PR 00901-1938
 ust         +MARIA DE LOS ANGELES GONZALEZ,   OFFICE OF THE US TRUSTEE,   OCHOA BUILDING,
              500 TANCA ST SUITE 301,   SAN JUAN, PR 00901-1938
 ust         +MONSITA LECAROZ ARRIBAS,   OFFICE OF THE US TRUSTEE (UST),   OCHOA BUILDING,
              500 TANCA STREET  SUITE 301,   SAN JUAN, PR 00901-1938
 ust         +MONSITA LECAROZ ARRIBAS (MM),   OFFICE OF THE US TRUSTEE,   OCHOA BUILDING,
              500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
 ust         +NANCY PUJALS,   OFFICE OF THE US TRUSTEE,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
 ust         +OFFICE U.S. TRUSTEE,   EXECUTIVE OFFICE OF THE US TRUSTEE,   500 TANCA STREET,   SUITE 301,
              SAN JUAN, PR 00901-1938
 ust          WIGBERTO LUGO MENDER,   LUGO MENDER&CO,   CENTRO INTERNACIONAL DE MERCADEO,
              CARR 165 TORRE I SUITE 501,   GUAYNABO, PR  00968
 cr           ECAST SETTLEMENT CORP,   P.O. Box 35480,   Newark, NJ  07193-5480
 cr          +VATIV,   AGENT FOR PALISADES COLLECTION,   PO BOX 19249,   SUGAR LAND, TX 77496-9249

The following entities were noticed by electronic transmission on Feb 10, 2010.
 cr          +E-mail/PDF: gecsedi@recoverycorp.com Feb 10 2010 19:39:00      GE Money Store,
              5300 Kings Island Drive,   Mason, OH 45040-2353
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 ust          TRACY N SCHROEDER,   US TRUSTEE OFFICE
 ust*        +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2010**               **Signature:**    _/s/ Joseph Speetjens_